A CERTIFIED TRUE COPY
ATTEST

By Teresa Bishop on Sep 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

83-PAS   Document 8   Entered on FLSD Docket 09/13/2

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 25, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BRICAN AMERICA LLC EQUIPMENT
LEASE LITIGATION

| Stuart Tasman, et al. v. Brican America, Inc., et al., | ) | |
| N.D. Georgia, C.A. No. 1:10-1807 | ) | MDL No. 2183 |

CONDITIONAL TRANSFER ORDER (CTO-1)

On August 12, 2010, the Panel transferred two civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  See ____F.Supp.2d____ (J.P.M.L. 2010).  With the consent of that court, all such actions have been assigned to the Honorable Patricia A. Seitz.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Seitz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of August 12, 2010, and, with the consent of that court, assigned to the Honorable Patricia A. Seitz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION