

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

**In re Brican America Litigation**                    **MDL No. 2183**

*Vijay Patel, et al. v. NCMIC Finance Corp. et al.,* C.D. California, Case No. SACV10-01493AG(MLGx)

## PLAINTIFFS' SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-2)

Although Plaintiffs oppose transfer for the grounds stated in their pleadings, they respectfully request that in the event this Panel does transfer the case, that the transfer be conditioned on Plaintiffs being permitted to utilize the CM/ECF filing procedures currently enjoyed by the other parties.

One of the purposes of multidistrict litigation is to conserve the resources of parties and their counsel.  Consistent with this purpose is Rule 2.1(c) of the *Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation* which provides in relevant part as follows:

1

> Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties are not required to obtain local counsel.

Notwithstanding the foregoing, transfer to the United States District Court for the Southern District of Florida will not result in conservation of resources for Plaintiffs or their counsel, and the only way they will be on equal footing with the other parties in the MDL proceeding is if they retain local counsel.

The Southern District of Florida prohibits attorneys not admitted to practice in that district from registering or utilizing CM/ECF for the purpose of filing documents with the court. The stated reason for this prohibition is because the Southern District does not have a mechanism in place to allow non-district admitted attorneys to utilize the system, including those appearing in MDL proceedings. The Southern District of Florida does, however, make exceptions for federal public defenders and attorneys representing the United States. See Affidavit of Nicole M. Catanzarite-Woodward, Esq. ("Catanzarite-Woodward Aff.") at ¶¶3-9; see also,

Southern District of Florida's Case Management Electronic Case Filing CM/ECF Administrative Procedures (appearing as Exhibit "G" to the Catanzarite-Woodward Aff.) at Section 2B (prohibiting *pro hac vice* counsel from using CM/ECF). Thus, it does not appear to be an inability on the part of the Southern District of Florida to permit non-district admitted attorneys to file by CM/ECF but, rather, an unwillingness to do so.

With the exception of Plaintiffs' counsel, all other counsel in the MDL Proceeding are either Florida attorneys admitted in the Southern District or are associated with such attorneys by virtue of the fact those attorneys represent the same parties in one or both of the Florida cases which are part of the MDL Proceeding. These parties enjoy the benefits of filing documents 24 hours a day, 7 days a week – including midnight filing deadlines – and the reduction/elimination of paper, photocopy, postage and courier costs attendant with conventional filing and service. See Catanzarite-Woodward Aff. at ¶6; see also, Exhibit "G" of the Catanzarite-Woodward Aff. at Section 3H(1).

Since Plaintiffs' counsel is not licensed in the Southern District of Florida they must file and serve documents conventionally and file notice of same with the Court. Plaintiffs have less time than the other parties to file

documents given the documents must be sent to Florida for filing <u>at least</u> one day before the filing deadline for guaranteed delivery[1]. <u>See</u> Exhibit "G" of the Catanzarite-Woodward Aff. at Section 3H(2) (providing that documents filed conventionally are deemed "filed" on the date they are received by the court). Plaintiffs must also incur costs for delivery, photocopy, and mail service which no other party is forced to incur. If Plaintiffs want to avoid conventional filing, they need to retain local counsel to file for them electronically; but, again, at an additional expense and contrary to the purpose of multidistrict litigation and Rule 2.1(c). <u>See</u> Catanzarite-Woodward Aff. at ¶ 9.

While Plaintiffs understand that some costs in an MDL proceeding may be increased for the parties generally, Plaintiffs should not be the only parties prejudiced both in filing deadlines and the costs associated with same.

WHEREFORE, in the event the MDL Panel does transfer the instant case to the United States District Court for the Southern District of Florida, Plaintiffs respectfully request that the Panel order the transferee court to

---

[1] If a filing deadline falls on a Monday, Plaintiffs would need to send their pleading out no later than the previous Friday thereby losing three days.

permit Plaintiffs to electronically file and serve documents on the same and equal footing as the other parties.

Dated this 14th day of December, 2010

Kenneth J. Catanzarite
California Bar No. 113750
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680
kcatanzarite@catanzarite.com

and

Robert S. Green
California Bar No. 136183
GREEN WELLING, P.C.
595 Market Street, Suite 2750
San Francisco, California 94105
Tel: (415) 477-6700
Fax: (415) 477-6710
rsg@classcounsel.com

Attorneys for Petitioners Vijay Patel; Reza M. Birjandi; Reza Birjandi, D.D.S., A Professional Dental Corporation; David Browning; Michael W. Wells; Michael W. Wells, D.D.S., Inc.; Eye Center Optometrics, A Professional Corporation; William E. Faulkner; William E. Faulkner, DDS, Inc.; Alfonso D. Gonzalez; Alfonso D. Gonzalez Dental Corporation; Jeffery A. Hall; Jeffery A. Hall, Inc.; Sandhya Hedge, DDS, Inc.; Jose Lomboy; Maricella

                                Murillo; Dennis E. Shamlian; Vallery Sweeny; Vallery Sweeny, D.D.S., A Professional Corporation; J. Foster Weems; J. Foster Weems, D.D.S., Inc.; Paul J. Wesling, O.D.; and Paul J. Wesling, O.D., Inc.

**In re Brican American Litigation**     **MDL No. 2183**

## PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF ORANGE   )    ss:

The undersigned certifies and declares as follows:

On December 14, 2010, I electronically filed this document through the CM/ECF system and I served the within **PLAINTIFFS' SUPPLEMENTAL INFORMATION IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-2)** by:

[ ]   (Facsimile Transmission) I caused the above mentioned document to be served by facsimile transmission to the parties at the fax numbers listed on the attached service list.

[X]   (Mail) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope, with first class postage thereon fully prepaid, to be placed in the U.S. Mail at Anaheim, California, and certify that such envelope was placed for collection and mailing following ordinary business practices.

[ ]   (Overnight Delivery) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope to be delivered the next day by overnight courier to the addressee(s) listed on the attached service list.

[ ]   (Personal Service) I placed a true and correct copy thereof in a sealed envelope addressed as set forth on the attached service list and caused such envelope to be delivered by hand as set forth on the attached service list.

//

**In re Brican America Litigation**                                MDL No. 2183

[ ]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed December 14, 2010 at Anaheim, California.

_____
Kenneth J. Catanzarite
California Bar No. 113750
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, California 92801
Tel: (714) 520-5544
Fax: (714) 520-0680
kcatanzarite@catanzarite.com
Counsel for Plaintiffs:
Vijay Patel; Reza M. Birjandi; Reza Birjandi, D.D.S., A Professional Dental Corporation; David Browning; Michael W. Wells; Michael W. Wells, D.D.S., Inc.; Eye Center Optometrics, A Professional Corporation; William E. Faulkner; William E. Faulkner, DDS, Inc.; Alfonso D. Gonzalez; Alfonso D. Gonzalez Dental Corporation; Jeffery A. Hall; Jeffery A. Hall, Inc.; Sandhya Hedge, DDS, Inc.; Dennis E. Shamlian; Vallery Sweeny; Vallery Sweeny, D.D.S., A Professional Corporation; J. Foster Weems; J. Foster Weems, D.D.S., Inc.; and, Paul J. Wesling, O.D., Inc.

In re Brican America Litigation                MDL No. 2183

## SERVICE LIST

**Court Clerks**
Clerk, Central District of California
411 W. Fourth Street, Room 1053
Santa Ana, CA 92701-4516
Case No. 8:10-01493

Clerk, Southern District of Florida
400 N. Miami Avenue, 8th Floor
Miami, FL 33128
Case Nos.: 1:10-20782 and 1:10-21608 and consolidated Case
Nos. CAC/8:10-00453, GAN/1:10-01807, NJ/2:10-01173

Clerk, Northern District of Georgia
Richard B. Russell Federal Building and Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3361

Clerk, Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130
Case No. 2:10-01844

**California Litigation:**
Case No. 8:10-cv-01493

**Counsel for Defendants NCMIC Finance Corporation, NCMIC Finance Corporation of California and PSFS 3 Corporation:**
Ryan L. Larsen
Sara Karubian
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Facsimile: (310) 788-4471
ryan.larsen@kattenlaw.com
sara.karubian@kattenlaw.com

//

In re Brican America Litigation                MDL No. 2183

**Counsel for Defendant DE LAGE LANDEN FINANCIAL SERVICES, INC.**
Lawrence D. Lewis
Nicholas S. Shantar
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Facsimile: (949) 553-8354
llewis@allenmatkins.com
nshantar@allenmatkins.com

C. Lawrence Holmes
Patrick M. Northen
DILWORTH PAXSON LLP
1500 Market Street, Suite 1500E
Philadelphia, PA 19102-2101
lholmes@dilworthlaw.com
pnorthen@dilworthlaw.com

**Defendants:**
Brican America Inc.
c/o Jeff Vincens, Registered Agent
7400 SW 50 Terrace, Suite 205
Miami, FL 33155

Brican America, LLC
c/o Yvette J. Harell, Registered Agent
7400 SW 50 Terrace, Suite 205
Miami, FL 33155

Jean Francois Vincens
7400 SW 50 Terrace, Suite 205
Miami, FL 33155

Jack Lemacon
7400 SW 50 Terrace, Suite 205
Miami, FL 33155

//

**In re Brican America Litigation**                    MDL No. 2183

Viso Lasik Medspas, LLC
c/o Yvette J. Harell, Registered Agent
5301 Blue Lagoon Drive, Suite 520
Miami, Florida 33126

Baytree Leasing Company
c/o National Registered Agents, registered agent
160 Greentree Dr., Ste. 101
Dover, DE 19901

**Florida Litigation:**
**Case No. 1:10-21608**
**Consolidated Case No. 1:10-20782**
**Consolidated Case No. CAC/8:10-cv-00453**
**Consolidated Case No. NJ/2:10-01173**

**Counsel for Blauzvern Plantiffs:**
Ronald Pendl Gossett
Gossett & Gossett
Building I
4700 Sheridan Street
Hollywood, FL 33021
Facsimile: (954) 983-2850
rongossett@gossettlaw.com

**Counsel for Wigdor Plaintiffs:**
David H. Charlip
Charlip Law Group, LLC
1930 Harrison Street, Ste. 208
Hollywood, FL 33020
Facsimile: (305) 354-9314
dcharlip@charliplawgroup.com

**Counsel for Derienzo Plaintiffs:**
Keith A. McKenna
McKenna McIlwain, LLP
96 Park Street
Montclair, New Jersey 07042
Facsimile: (973) 509-3580
kam@kmckennalaw.com

In re Brican America Litigation                MDL No. 2183

**Counsel for Defendants Brican America, LLC; JJR Investments, LLC; Jacques Lemacon; Jean Francois Vincens; Viso Lasik Medspas, LLC; Viso Lasik Medspas of Charlotte, LLC; and Viso Lasik Medspas of San Antonio, LLC**
Alan Fine
ALAN S. FINE PA
255 Alhambra Circle, Suite 850
Coral Gables, FL 33134
Facsimile: (305) 424-2401
afine@fine-law.com

**Counsel for Defendants Salvatore DeCanio, Jr. and Lifestyle of Vision, Inc.:**
Jeff Tomberg
Jeff Tomberg, J.D., P.A.
626 SE 4th Street
P.O. Box 1426
Boynton Beach, FL 33425
Facsimile: (561) 734-8971
piatty@yahoo.com

**Counsel for Defendants NCMIC Finance Corporation and PSFS 3 Corporation:**
Catherine M. Rodriguez
Levey Filler Rodriguez Kelso & De Bianchi LLP
1688 Meridian Avenue, Ste. 902
Miami Beach, FL 33139
Facsimile: (305) 672-5007
cmrodriguez@leveyfiller.com

Ryan L. Larsen
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Facsimile: (310) 788-4471
ryan.larsen@kattenlaw.com

//

//

| In re Brican America Litigation | MDL No. 2183 |
|---|---|

**Georgia Litigation:**
Case No. 1:10-01807

**Counsel for Tasman Plantiffs:**
Jeffrey Filipovitz
332B Lockwood Terrace
Decatur, GA 30030
jrfilipovits@gmail.com

Aubrey Thompson Villines, Jr.
2900 Chamblee Tucker Road
Park Ridge 85, Building One
Atlanta, GA 30341
atvill7@msn.com

**Counsel for Defendant NCMIC Finance Corp.:**
Bryan Arthur Powell
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, GA 30308
lbracken@hunton.com

**Louisiana Litigation:**
Case No. 2:10-01844

**Counsel for Gaubert Plaintiffs:**
Daniel Aubry Ranson
Matthew Paul Weaver
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC
401 Whitney Avenue, Suite 500
Gretna, LA 70056

**Counsel for Defendant NCMIC Financial Corporation:**
Peter J. Butler, Jr.
BREAZEALE, SACHSE & WILSON, LLP
LL&E Tower
909 Poydras Street, Suite 1500
New Orleans, LA 70112
Facsimile: (504) 584-5452
pbj@bswllp.com