UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 10-md-02183-PAS

IN RE: Brican America LLC Equipment              This Document Relates To
Lease Litigation                                 Case No. 10-cv-23307

_____/

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

THIS MATTER is before the Court on the Motion For Voluntary Dismissal Without Prejudice [DE-55] of Case No. 10-cv-23307, *Tasman v. Brican America, Inc.* Because Plaintiffs in this action have been joined with the Plaintiffs in Case No. 10-20782 and Plaintiffs' counsel in that case has assumed representation of the *Tasman* Plaintiffs, it is hereby

ORDERED THAT

(1) Case No. 10-cv-23307 is DISMISSED without prejudice and is CLOSED.

(2) Plaintiffs' counsel in Case No. 10-cv-23307 are absolved from further responsibility in this action.

DONE and ORDERED in Miami, Florida, this 6 day of January, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge John J. O'Sullivan
All Counsel of Record

The Honorable Michael D. Huppert
State of Iowa District Court, District 5C
500 Mulberry Street, Room 212
Des Moines, IA 50309