UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 10-md-02183-PAS

IN RE: Brican America LLC EquipmentThis Document Relates To Case No.
Lease Litigation10-cv-22973

_____/

## ORDER DISMISSING *DERIENZO* ACTION

THIS MATTER is before the Court *sua sponte*. On December 22, 2010, the Court entered an Order To Show Cause requiring counsel in the *DeRienzo* action to file no later than January 10, 2011, a statement showing cause as to why he did not comply with the Court's Pretrial Order #1. That Order required counsel to file a stipulation of dismissal without prejudice because the Court had received notice that counsel for *Blauzvern* Plaintiffs was assuming representation of Plaintiff in this action. The Court has received no response from *DeRienzo*'s counsel. As a result, it is hereby

ORDERED THAT

(1) Case No. 10-cv-22973, *DeRienzo v. Brican America, LLC* is DISMISSED.

(2) Case No. 10-cv-22973 is CLOSED.

DONE and ORDERED in Miami, Florida, this 2nd day of February, 2011.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge John J. O'Sullivan
All Counsel of Record

The Honorable Michael D. Huppert
State of Iowa District Court, District 5C
500 Mulberry Street, Room 212
Des Moines, IA 50309