CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 10-md-02183    Date 11/10/11
Clerk E. Hasin    Reporter D. Ehrlich
In-Court Time 2/45

Pl. Atty. Ronald Gossett, David Charlip, Kenneth Catanzarite

Def. Atty. Michael Verde, Catherine Rodriguez, Jeff Tomberg, Michael Gallagher, Alan Fine

Style: In Re: Brican America, LLC, Equipment Lease Litigation

Reason for Hearing: Oral Argument on Motion for Class Certification

Results of Hearing: Motion Taken Under Advisement

Misc.