UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  10-md-02183-PAS

In re:

IN RE:  BRICAN AMERICA LLC
Equipment Lease Litigation

_____/

### MICHAEL F. GALLAGHER, ESQUIRE'S UNOPPOSED MOTION FOR CONTINUANCE OF SHOW CAUSE HEARING

COMES NOW Michael F. Gallagher, Esquire, counsel of record in this action, and respectfully requests a continuance of the Show Cause hearing currently scheduled for April 25, 2012 at 8:30 AM [DE-292] for the following reasons.

1. On April 2, 2012, this Court entered an Order scheduling a Show Cause hearing for Michael F. Gallagher consistent with the Court's March 29, 2012 Order for April 25, 2012 at 8:30 AM [DE-292].

2. On April 4, 2012, Mr. Gallagher contacted the undersigned, David I. Spector, and retained him to represent him in connection with the Show Cause hearing.

3. Currently, Mr. Spector is traveling to China to finalize the adoption of his daughter and his first day back is April 30, 2012.

4. As a result, a brief continuance of the Show Cause hearing to a date no earlier than late May is requested so that the undersigned may have a reasonable amount of time to review the discovery at issue and otherwise prepare for the Show Cause hearing.

5. This Motion is being submitted in good faith and not for purposes of delay. Neither the parties nor the Court will be prejudiced by the relief requested.

{24023741;6}

6. In accordance with Local Rule 7.1(a)(3), Venus A. Caruso, Esq. of Akerman Senterfitt and on behalf of David I. Spector, conferred with lead counsel for Plaintiffs, Ronald Gossett, and can represent that Mr. Gossett has no objection to the requested continuance.

WHEREFORE, Michael F. Gallagher respectfully requests this Honorable Court to enter an Order granting this Motion and continuing the Show Cause hearing to a date no earlier than late May or any other date that is convenient for the Court.

Date:  April 9, 2012

Respectfully submitted,

*/s/David I. Spector*
DAVID I. SPECTOR
Fla. Bar No. 086540
david.spector@akerman.com
**AKERMAN SENTERFITT**
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida  33401
Telephone:  (561) 653-5000
Facsimile:   (561) 659-6313

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 9, 2012 on all counsel or parties of record on the Service List below in the manner specified.

*/s/David I. Spector*
DAVID I. SPECTOR
Fla. Bar No. 086540

**SERVICE LIST**

| | |
|---|---|
| Ronald P. Gossett, Esq.<br>Gossett & Gossett, PA<br>4700 Sheridan Street, Bldg. I<br>Hollywood, FL 33021<br>P:  954-983-2828<br>P:  954-212-0439<br><br>*Counsel for Plaintiffs*<br><br>*Service via CM/ECF* | Alan S. Fine, Esq.<br>Alan S. Fine P.A.<br>255 Alhambra Circle, Suite 850<br>Coral Gables, FL 33134<br>P: (305)424-2400<br>F: (305)424-2401<br><br>*Counsel for Brican*<br><br>*Service via CM/ECF* |
| David H. Charlip, Esq.<br>Charlip Law Group, LLC<br>17501 Biscayne Blvd.<br>Suite 510<br>Aventura, FL 33160<br>P: (305)354-9313 F: (305-354-9314<br><br>*Counsel for Wigdor Plaintiffs*<br><br>*Service via CM/ECF* | Kenneth J. Catanzarite<br>Nicole M. Catanzarite-Woodward<br>Catanzarite Law Corporation<br>2332 W Lincoln Avenue<br>Anaheim, CA 92801<br>P: (714)520-5544<br>F: (714)520-0680<br><br>*Counsel for Patel Defendants*<br><br>*Service via CM/ECF* |
| Robert L. Switkes, Esq.<br>Regina Franco Murphey, Esq.<br>Rosen Switkes & Entin, P.L.<br>407 Lincoln Road<br>PH SE<br>Miami Beach, FL 33139<br>P: (305)534-4757<br>F: (305)538-5504<br><br>*Counsel for Zalman Bracheikov*<br><br>*Service via CM/ECF* | Jeff Tomberg<br>Jeff Tomberg, JD, PA<br>626 SE 4th Street<br>Boynton Beach, FL 33435<br>P: (561)737-1345<br>F: (561)734-8971<br><br>*Counsel for DeCanio Defendant*<br><br>*Service via CM/ECF* |
| Robert S. Green<br>Green Welling PC<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br><br>*Counsel for Third Party Defendant*<br><br>*Service via CM/ECF* | Robert A. Selig, Esq.<br>Law Offices of Robert A. Selig<br>2311 N. Andrews Avenue<br>Fort Lauderdale, FL 33311<br>P: (954)566-9919<br>F: (954)566-2680<br><br>*Counsel for Dr. David Weigle, Dr. Ryan Estelle, and Dr. John Foore*<br><br>*Service via CM/ECF* |

| | |
|---|---|
| Mendy Halberstam<br>Rosen Switkes & Entin<br>407 Lincoln Road<br>Penthouse S.E.<br>Miami Beach, FL 33140<br><br>*Counsel for Third Party Defendant*<br><br>*Service via CM/ECF* | Rowan Keenan<br>Keenan, Ciccitto & Associates<br>376 E. Main Street<br>Collegeville, PA 19426<br><br>*Counsel for Third Party Defendant*<br><br>*Service via CM/ECF* |
| Catherine M. Rodriguez, Esq.<br>Levey, Filler, Rodriguz, Kelso & Magilligan, LLP<br>1688 Meridian Avenue<br>Suite 900<br>Miami Beach, FL 33139<br>P: (305) 672-5007<br>F: (305) 672-0470<br><br>*Counsel for NCMIC Finance Corporation and PSFS 3 Corporation*<br><br>*Service via CM/ECF* | Michael F. Gallagher, Esq.<br>*(admitted pro hac vice)*<br>Michael I. Verde, Esq.<br>*(admitted pro hac vice)*<br>Katten Muchin Rosenman, LLP<br>575 Madison Avenue<br>New York, NY 10022<br>P: (212) 940-8800<br>F: (212) 940-8776<br><br>*Counsel for NCMIC Finance Corporation and PSFS 3 Corporation*<br><br>*Service via CM/ECF* |
| Ryan J. Larsen, Esq.<br>*(admitted pro hac vice)*<br>Katten Muchin Rosenman, LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA 90067<br>P: (310) 788-4544<br>F: (310) 712-8223<br>*Counsel for NCMIC Finance Corporation and PSFS 3 Corporation*<br><br>*Service via CM/ECF* | Edward N. McConnell, Esq.<br>*(admitted pro hac vice)*<br>Ginkens & McConnell<br>12257 University Avenue<br>Suite 200<br>Clive, IA 50325<br>P: (515) 255-8680<br>F: (515) 255-8681<br>*Counsel for NCMIC Finance Corporation and PSFS 3 Corporation*<br><br>*Service via CM/ECF* |