UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-md-02183-PAS

In re:

IN RE: BRICAN AMERICA LLC
Equipment Lease Litigation
_____/

### ORDER GRANTING MICHAEL F. GALLAGHER, ESQUIRE'S UNOPPOSED MOTION FOR CONTINUANCE OF SHOW CAUSE HEARING

THIS MATTER having come before the Court on Michael F. Gallagher, Esquire's Unopposed Motion for Continuance of Show Cause Hearing ("Motion") [DE-296], and the Court having reviewed the Motion and the Court file, and being fully advised in the premises, it is:

ORDERED AND ADJUDGED that the Motion [DE-296] is GRANTED. The Show Cause Hearing shall be continued until **8:30 am on May 21, 2012.**

DONE AND ORDERED in Chambers this _10_ day of April, 2012

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record

{24029051;1}