UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-md-02183-PAS

IN RE: Brican America LLC
Equipment Lease Litigation
_____/

ORDER DISMISSING CLAIMS OF CERTAIN PLAINTIFFS WITH PREJUDICE

This matter is before the Court upon the failure of certain Plaintiffs to comply with the Court's December 10, 2014 Order requiring them to have new counsel appear by January 12, 2015 or their cases would be dismissed with prejudice [DE-593]. Charlip Law Group, LC has explained to these Plaintiffs the consequences of their failure to obtain new counsel. [DE-594.] Some of these Plaintiffs have resolved their financial obligations and remain represented by Charlip Law Group, LC. [DE-597.] But of those remaining, none have filed a Notice of Appearance. Accordingly, pursuant to the Court's December 10, 2014 Order, it is hereby

ORDERED that

The claims of the following Plaintiffs (including both the individuals and the business entities listed) are DISMISSED WITH PREJUDICE:

1. Maissa Agha
   Family Dentistry
   3441 W. Ball Road, Suite A
   Anaheim, CA 92804
   mysmile22000@yahoo.com

2. Alan Avtges
   Foreside Dental Health Care, PA
   3 Fundy Rd.
   Falmouth, Maine 04105
   avtges@maine.rr.com

3. Francine Camporeale
   Myoptique, Inc.
   2812 N. University Drive
   Coral Springs, FL 33065
   eyeglassesnow@hotmail.com

4. Dr. Justin Chien
   1440 N. Kraemer Blvd.
   Placentia, CA 92870
   chienjust@gmail.com

5. Marc Flesher
   Flasher Vision Care, Inc., d/b/a Eye Site Optical Studio
   2244 N. Congress Ave.
   Boynton Beach, FL 33426
   eyesite22@aol.com

6. Phillip K. Haiman
   Dr. Phillip K. Haiman & Assc., P.A.
   10020 Mandarin St.
   Parkland, FL 33076
   pkhman@yahoo.com

7. Chad Hess
   9400 Riverside Dr.
   Boise, ID 83714
   EWFD@emeraldwest.net

8. Rodrick J. Keener
   1530 Bonanza St.
   Walnut Creek, CA 95496
   eyecare@drkeener.com

9. Angel Lopez
   Angel F. Lopez DMD, PA
   83 Alafaya Woods Blvd.
   Oviedo, FL, 32765
   youroviedodentist@gmail.com

10. Douglas J. Machiela
    Douglas J. Machiela, OD, P.A.
    5493 10th Ave. N.
    Greenacres FL 33463
    doug@machiela.org

11. Pedro A. Mora-Rosa
    Pedro A. Mora-Rosa, DDS, Dental Associates, P.A.
    11648 Delwick Drive
    Windermere, FL 34786
    drmorarosadental@gmail.com

12. Eric M. Radzwill
    Radzwill Optometric Associates, Chartered
    2312 E. Sunrise Blvd.
    Fort Lauderdale, FL 33304
    radzw@aol.com

13. Jeffrey Riso
    1230 W. Indiantown Rd. #101
    Jupiter, FL 33458
    jeffriso555@msn.com

14. Ivan S. Rosenthal
    9858 Glades Road
    Boca Raton, FL 33434
    lreyes1013@aol.com

15. Chandy Samuel
    Falls Cosmetic Dental Group, LLC
    1601 N. Flamingo Road, Suite 3
    Pembroke Pines FL 33028
    samueldds@gmail.com

16. David Sweeney
    Gentle Dental Of Brandon, LLC
    8505 Blind Pass Drive
    Treasure Island, FL 33706
    docsween@tampabay.rr.com

17. William Vockroth
    Red Bank Dental Associates
    71 Dorchester Way
    Shrewsbury, NJ 07701
    gigavoc@msn.com

18. Michael J. Watson
    Watson, DDS, PC
    1401 E. 3900 South, #202
    Sal Lake City, UT 84124
    mwatsonsdental@yahoo.com

DONE AND ORDERED in Miami, Florida, this 27th day of January, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE